Argued and submitted April 10, remanded with instructions in part; otherwise affirmed May 10, 2000

In the Matter of the Marriage of

Debra Kay MILLER,
*Respondent,*

*and*

Paul Gene DAILEY,
*Appellant.*

(97C-34405; CA A106112)

3 P3d 715

George W. Kelly, argued the cause and filed the brief for appellant.

Barry L. Adamson, argued the cause for respondent. On the brief were John Moore, and Moore and Associates.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

## PER CURIAM

Husband appeals from the judgment in this case dissolving a marriage that, including pre-marital cohabitation, lasted 17 years. He argues that the trial court erred in failing to award him any spousal support. Husband is presently unemployable as the result of a number of medical conditions. Although wife is employed full-time, her salary simply covers living expenses for herself and the parties' children and a small contribution to a retirement account. The parties have few other assets.

Both parties, thus, have limited financial resources. However, on *de novo* review, we conclude that husband is entitled to some spousal support because of the length of the marriage and his current absolute unemployability. Given wife's current circumstances and the assets of the parties, we set that support at $100 per month.

Remanded with instructions to modify judgment to provide for spousal support of $100 per month to husband, beginning with entry of appellate judgment; otherwise affirmed.